Richard J. Mooney (CA State Bar No. 176486)
*richard.mooney@rimonlaw.com*
RIMON P.C.
One Embarcadero Center #400
San Francisco, CA  94111
Telephone:  (415) 539-0443

Attorneys for Plaintiff Display Systems, LLC                                    JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Display Systems, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>Truly Semiconductors, Ltd.,<br><br>             Defendant. | CASE NO. CV 13-6474-JFW (JCG)<br><br>Judgment |

It appearing for the reasons set out in the Court file in this matter, and in particular the verdict rendered by the jury on June 18, 2015, that Plaintiff is entitled to judgment against Defendant,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Truly Semiconductors Ltd. shall pay Plaintiff Display Systems, LLC the sum of 3,938,159 United States Dollars, in addition to post-judgment interest from the date of this judgment, pursuant to 28 U.S.C. 1961, at the rate of 0.28% per year (0.0007667%, or $30.19, per day).

Dated:       July 10, 2015

_____
Honorable John F. Walter
United States District Judge